1  BETY JAVIDZAD (SBN 240598)
2  bety.javidzad@dentons.com
   DENTONS US LLP
3  601 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5704
4  Telephone: (213) 623-9300
   Facsimile: (213) 623-9924
5

6  Attorney for Defendant
   ALPHA CORE, INC.
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETTE VELEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHA CORE, INC. d/b/a ENJOYMENT DELIVERED, a California corporation,<br><br>Defendant. | No. 3:21-cv-00907 JD<br><br>**FIRST STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Service:                              February 19, 2021<br>Current response date:    March 12, 2021<br>New response date:        April 12, 2021 |

Defendant Alpha Core, Inc. ("Defendant") on the one hand, by and through its attorney of record, and Lizette Velez ("Plaintiff") on the other hand, by and through her attorneys of record, hereby stipulate and agree as follows:

RECITALS

1. March 12, 2021, is the deadline for Defendant to answer or otherwise respond to the Complaint; and

2. Counsel for Defendant was recently retained in this action and needs additional time to discuss this matter with Plaintiff's counsel.

NOW THEREFORE, in consideration of the facts set forth above, the parties hereby stipulate and agree as follows:

1. The deadline for Defendant to answer or otherwise respond to the Complaint shall be continued to April 12, 2021; and

2. Defendant does not waive any defenses to the Complaint or its right to move to dismiss the Complaint.

IT IS SO STIPULATED.

Dated: March 11, 2021                   DENTONS US LLP

                                        By:  /s/ *Bety Javidzad*
                                             Bety Javidzad

                                        Attorney for Defendant

Dated: March 11, 2021                   LAW OFFICES OF TODD M. FRIEDMAN

                                        By:  /s/ *Joshua Moyer* (w/ permission)
                                             Joshua Moyer

                                        Attorney for Plaintiff

117159941