IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZETTE VELEZ, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | Case No. 21-cv-00907-JSC |
| vs. | **JURY TRIAL DEMANDED** |
| ALPHA CORE, INC d/b/a ENJOYMINT DELIVERED, a California corporation, | |
| *Defendant*. _____/ | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Lizette Velez, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Lizette Velez, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: April 21, 2021

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
/s/ Joshua Moyer
Joshua Moyer, Esq. (CA Bar No. 259908)
401 W A Street, Suite 200
San Diego, CA 92101
Telephone: 305-479-2299
jmoyer@shamisgentile.com

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
/s/ Joshua Moyer
Joshua Moyer, Esq. (CA Bar No. 259908)
401 W A Street, Suite 200
San Diego, CA 92101
Telephone: 305-479-2299
jmoyer@shamisgentile.com

By:     */s/ Joshua Moyer*
         Joshua Moyer, Esq.
         CA Bar No. 259908

*Counsel for Plaintiff and the Class*